UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                                    Chapter 7

ARTHUR O. ANDERSON,                                      Case No. 8-10-70260-reg
       Debtor.
-----------------------------------------------------------x

HYDROGROWERS INC.,                                       Adv. Proc. No. 8-10-08136-reg

JAN RIOS,
ALAN RIOS,
JOHN GOTTLIEB, and
GUY GERIG,

       Plaintiffs,

  v.

ARTHUR O. ANDERSON,
       Defendant.
-----------------------------------------------------------x

## Judgment

For the reasons set forth in the Court's Memorandum Decision dated November 9, 2011, the Debtor's discharge is denied pursuant to § 727(a)(3) and (a)(4)(A). The Court also finds that the Defendant committed defalcation while acting in a fiduciary capacity pursuant to § 523(a)(4) when he disposed of the mold purchased by Hydrogrowers for his own benefit. Therefore, any

monetary benefit the Debtor received from the disposition of the molds is deemed a non-dischargeable debt due and owing to the Plaintiffs. The remainder of the claims are dismissed.

Dated: Central Islip, New York      By**:**    */s/ **Robert E. Grossman**_____*
        November 9 , 2011                     Robert E. Grossman
                                                         United States Bankruptcy Judge