UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                        Chapter 7

ARTHUR O. ANDERSON,                                        Case No. 8-10-70260-reg
                     Debtor.
-----------------------------------------------------------x

HYDROGROWERS INC.,                                         Adv. Proc. No. 8-10-08136- reg
JAN RIOS,
ALAN RIOS,
JOHN GOTTLIEB, and
GUY GERIG,

                     Plaintiffs,

    v.

ARTHUR O. ANDERSON,
                     Defendant.
-----------------------------------------------------------x

## Judgment

For the reasons set forth in the Court's Memorandum Decision dated November 8, 2011, the Debtor's discharge is denied pursuant to § 727(a)(3) and (a)(4)(A). The Court also finds that the Defendant committed defalcation while acting in a fiduciary capacity pursuant to § 523(a)(4) when he disposed of the mold purchased by Hydrogrowers for his own benefit. Therefore, any monetary benefit the Debtor received from the disposition of the molds is deemed a non-dischargeable debt due and owing to the Plaintiffs. The remainder of the claims are dismissed.

Dated: Central Islip, New York       By**:**   */s/ Robert E. Grossman*
      November 8, 2011                      Robert E. Grossman
                                                      United States Bankruptcy Judge