United States Bankruptcy Court
Eastern District of New York

Hydrogrowers Inc,
        Plaintiff

Adv. Proc. No. 10-08136-reg

Anderson,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0207-8          User: efilloram          Page 1 of 2          Date Rcvd: Nov 08, 2011
                       Form ID: pdf000          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2011.
aty            +Amelia Susan Matsoukas,    Matsoukas & Matsoukas,    505 Park Avenue,    17th Floor,
              New York, NY 10022-1106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Nov 08 2011 18:47:39     United States Trustee,
              Long Island Federal Courthouse,    560 Federal Plaza - Room 560,    Central Islip, NY 11722-4456
                                                   TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2011**             **Signature:**

District/off: 0207-8          User: efilloram          Page 2 of 2                    Date Rcvd: Nov 08, 2011
                              Form ID: pdf000          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2011 at the address(es) listed below:
          Amelia Susan Matsoukas    on behalf of Plaintiff  Hydrogrowers Inc matsoukasp@aol.com
          Harold  Seligman    on behalf of Defendant Arthur Anderson hseligman@msn.com
                                                                                TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                                    Chapter 7

ARTHUR O. ANDERSON,                                       Case No. 8-10-70260-reg
                                    Debtor.
----------------------------------------------------------x

HYDROGROWERS INC.,                                        Adv. Proc. No. 8-10-08136-
                                                          reg
JAN RIOS,
ALAN RIOS,
JOHN GOTTLIEB, and
GUY GERIG,
                                    Plaintiffs,

        v.

ARTHUR O. ANDERSON,
                                    Defendant.
----------------------------------------------------------x

## Judgment

 For the reasons set forth in the Court's Memorandum Decision dated November 9, 2011, the

Debtor's discharge is denied pursuant to § 727(a)(3) and (a)(4)(A).  The Court also finds that the

Defendant committed defalcation while acting in a fiduciary capacity pursuant to § 523(a)(4)

when he disposed of the mold purchased by Hydrogrowers for his own benefit.  Therefore, any

monetary benefit the Debtor received from the disposition of the molds is deemed a non-

dischargeable debt due and owing to the Plaintiffs.  The remainder of the claims are dismissed.

Dated: Central Islip, New York         By**:**    ___*/s/ Robert E. Grossman*___
       November 9 , 2011                        Robert E. Grossman
                                      United States Bankruptcy Judge